%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____   Category No. I_____   Investigating Agency  DEA_____

City     Lowell/Fitchburg/Leominster___   Related Case Information:

County   MIDDLESEX/WORCESTER     Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number     2004-M-00500-RBC_____
                                 Search Warrant Case Number       2004-M-00501-RBC_____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   REYNALDO RIVERA_____   Juvenile   ☐ Yes   ☒ No

Alias Name    REY_____

Address    235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only):  1978__  SSN (last 4 #): _____  Sex ___ Race: _____ Nationality: _____

Defense Counsel if known:   Carl Donaldson, Esq._____   Address:  11 Beacon Street, Suite 600
                                                                    Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER_____   Bar Number if applicable   568116_____

Interpreter:   ☒ Yes   ☐ No        List language and/or dialect:    SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:    October 15, 2004

☒ Already in Federal Custody as   October 15, 2004_____   in   Plymouth House of Correction____ .
☐ Already in State Custody _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint       ☐ Information       ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   6

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   NOVEMBER 10, 2004         Signature of AUSA:  *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     REYNALDO RIVERA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ENRIQUE AGOSTO    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   1 SHATTUCK ST APT 303, LOWELL, MA

Birth date (Year only): 1964   SSN (last 4 #): ___   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known:   Cathy Byrne, Esq.    Address: 408 Atlantic Avenue, 3rd Floor
Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER    Bar Number if applicable   568116

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House Of Correction
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ENRIQUE AGOSTO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE TORRADO   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA

Birth date (Year only): 1980   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

Defense Counsel if known:   Lenore M. Glaser, Esq.   Address: 25 Kingston Street
Boston, MA 02111

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House of Correction   .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE TORRADO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____    **Category No.** 1    **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number    2004-M-00503-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   CARLOS SANCHEZ    Juvenile  ☐ Yes  ☒ No

Alias Name   CARLITOS

Address   270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA

Birth date (Year only): 1982   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

Defense Counsel if known:   Tony Scola, Esq.    Address: 47 Harvard Street
                                                        Worcester, MA 02609

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER    Bar Number if applicable  568116

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date:   October 15, 2004

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  Judge Collings   on   November 3, 2004

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004    Signature of AUSA: /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     CARLOS SANCHEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/.Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ        Juvenile   ☐ Yes   ☒ No

Alias Name   PITO

Address   427 ROSEWOOD LANE, LOWELL, MA

Birth date (Year only): 1974   SSN (last 4 #): ____   Sex ___   Race: _____   Nationality: _____

Defense Counsel if known:   Sean T. Delaney, Esq.   Address: 228 Central Street
                                                              Lowell, MA 01852
Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes   ☐ No     List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by   Judge Collings   on   October 21, 2004

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: *(signed)* Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   LUIS R. SANCHEZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

≋JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____  **Category No.** I  **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster  **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  2004-M-00500-RBC
Search Warrant Case Number  2004-M-00504-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EDWIN TORREZ   Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  219 BLACK BROOK RD., LOWELL, MA

Birth date (Year only): 1965  SSN (last 4 #): ____  Sex M  Race: ____  Nationality: ____

**Defense Counsel if known:** Victoria Bonilla-Argudo, Esq.  **Address:** 77 Central Street, 2nd Floor
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER   Bar Number if applicable  568116

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  SPANISH

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date:  October 15, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Judge Collings  on  October 21, 2004

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  NOVEMBER 10, 2004   Signature of AUSA:  *Denise Jefferson Casper*

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     **EDWIN TORREZ**

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JOSE RODRIGUEZ   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   261 AIKEN ST 2ND FL. LOWELL, MA

Birth date (Year only): 1962   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

Defense Counsel if known:   Valerie S. Carter, Esq.   Address: 530 Atlantic Avenue
                                                              Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   JOSE RODRIGUEZ

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

❦JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. _1_  Investigating Agency _DEA_

City  _Lowell/Fitchburg/Leominster_   Related Case Information:

County  _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  _2004-M-00500-RBC_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _ZULEIMA REYES_   Juvenile  ☐ Yes  ☒ No

Alias Name  _LINDA_

Address  _10 CONLON TERRACE, LOWELL, MA_

Birth date (Year only): _1979_  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known:  _John D. Hodges, Esq._   Address: _1360 Main Street_
_Tewksbury, MA 01876_

Bar Number: _____

**U.S. Attorney Information:**

AUSA  _DENISE JEFFERSON CASPER_   Bar Number if applicable  _568116_

Interpreter: ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  _October 15, 2004_

☒ Already in Federal Custody as  _October 15, 2004_  in  _FCI_ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony _5_

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _NOVEMBER 10, 2004_   Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    ZULEIMA REYES

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SANTIAGO ARROYO   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

Birth date (Year only): 1983   SSN (last 4 #): ___   Sex ___   Race: ___   Nationality: ___

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: NOVEMBER 10, 2004   Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     SANTIAGO ARROYO

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

❧JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Lowell/Fitchburg/Leominster   **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   2004-M-00509-RBC
Search Warrant Case Number _____
R 20/R 40 from District of   Eastern District of New York

**Defendant Information:**

Defendant Name   JUAN NUNEZ   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:**   Roger Witkins, Esq.   **Address:** 6 Beacon Street, Suite 1010
Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER   Bar Number if applicable   568116

Interpreter:   ☒ Yes  ☐ No   List language and/or dialect:   SPANISH

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**   October 15, 2004

☒ Already in Federal Custody as   October 15, 2004   in   Plymouth House of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** NOVEMBER 10, 2004   **Signature of AUSA:** /s/ Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JUAN NUNEZ

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**