UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

**MOTION FOR TRANSCRIPT OF DETENTION HEARING OF NOVEMBER 12, 2004 AT GOVERNMENT EXPENSE**

The defendant moves for a transcript of testimony taken at the detention hearing of November 12, 2004, at government expense.

The defendant has been adjudicated an indigent.

At that time Special Agent Calice Couchman, a Special Agent of the United States Drug Enforcement Administration, testified at length and in detail concerning the events giving rise to the above numbered indictment.

Wherefore the defendant moves that he be provided with a transcript of her testimony, at government expense.

/s/Roger Witkin
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  November 15, 2004

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

     I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA Denise J. Casper, and a courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

                                      */s/ Roger Witkin*  
                                      Roger Witkin  
                                      6 Beacon Street, Suite l0l0  
                                      Boston, MA 02l08  
                                      Tel. 6l7 523 0027  
                                      Fax 6l7 523 2024  
                                      BBO No. 53l780

DATE:  November 15, 2004