# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2004-10336-NMG-12

JUAN NUNEZ.

## ORDER

∠

COLLINGS, U.S.M.J.

      The Defendant's Motion for Transcript of Detention Hearing of November 12, 2004 at Government Expense (#52) was filed November 15, 2004; I find that I have no authority to rule on the motion.

      The motion seeks a transcript of the detention hearing held on November 12, 2004. If, in addition to a detention hearing, this hearing had also been a preliminary examination, the matter of providing a transcript would be governed by Rule 5.1(g), Fed. R. Crim. P. However, since the defendant was indicted before the date on which the preliminary examination had been scheduled, no preliminary examination was held.

Accordingly, the only basis for an award of funds to procure a transcript would be the Criminal Justice Act, specifically, 18 U.S.C. § 3006A(e). However, a United States Magistrate Judge, under subsection (e), can only approve such a request if "...the services are requested in a matter over which he has jurisdiction." Since the crime charged in this case is a felony, as opposed to a misdemeanor, I do not have jurisdiction over the matter. The motion, therefore, must be returned to the district judge for action.

I note in passing that if the cost of obtaining the transcripts is less than $300, the CJA attorney may order the transcripts without prior judicial approval "subject to later review." *See* 18 U.S.C. § 3006A(e)(2).

It is ORDERED that Defendant's Motion for Transcript of Detention Hearing of November 12, 2004 at Government Expense (#52) be, and the same hereby is, REFERRED to the District Judge to whom this case is assigned for action.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 15, 2004.