UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-CR-10336-NMG |
| v. ) | |
| ) | |
| JULIO CARRION SANTIAGO et al. ) | |
| ) | |

**GOVERNMENT'S RESPONSE TO MOTION OF DEFENDANT NUNEZ (12) FOR TRANSCRIPT AT THE GOVERNMENT'S EXPENSE**

The government, by and through the undersigned attorneys, now responds to the motion of Defendant Juan Nunez for a transcript of testimony taken at the November 12, 2004 detention hearing in the captioned matter at the government's expense. To the extent that Nunez seeks to have this Court pay for the requested transcript, the government takes no position on the motion. However, to the extent that the motion seeks (or could be read to seek) to have the U.S. Attorney's Office pay for the requested transcript, the government objects. The government is not aware of any legal basis, and the defendant's motion does not recite any basis, for compelling the U.S. Attorney's Office to pay for the transcription that he now requests.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:  /s Denise Jefferson Casper
     DENISE JEFFERSON CASPER
     Assistant U.S. Attorney
     (617) 748-3120

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic filing and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> Roger Witkin, Esq.
> 6 Beacon Street, Suite 1010
> Boston, MA 02108

This 29th day of November 2004.

          /s Denise Jefferson Casper
DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY