UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

## MOTION FOR FUNDS FOR INTERPRETER

The defendant moves for funds not to exceed $1,000.00 for interpreter expenses in this case.

The defendant's counsel is a panel attorney who is court appointed. The defendant does not speak English and requires the services of an interpreter.

The interpreter has been kind enough to accompany counsel to visit the defendant on two separate occasions thus far at the Plymouth County Jail, and several more visits will be required.

/s/Roger Witkin
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: January 3, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was sent by courtesy copy to the Clerk of Court by mail and electronic filing, which was e-filed this day.

/s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE: January 3, 2005