```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )    No. 04-10336-NMG
     v.                     )
                            )
JULIO SANTIAGO et al.       )
                            )
          Defendants        )
```

**GOVERNMENT'S RESPONSE TO MOTION OF DEFENDANT JUAN NUNEZ (12) TO STRIKE SURPLUSAGE FROM INDICTMENT**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Denise Jefferson Casper, hereby replies to the motion to strike surplusage from the indictment, filed by Defendant Juan Nunez.

The government does not oppose striking the final section (entitled "Notice of Additional Factors" and regarding the application of the United States Sentencing Guidelines to the defendants) from the Indictment. See United States v. Booker, __ U.S. __, 125 S. Ct. 738, 2005 WL 50108 (January 12, 2005). The "Notice of Additional Factors" placed Nunez and his co-defendants on notice of the government's position, at the time the Indictment was returned, with respect to the application of the United States Sentencing Guidelines to this case. In light of the Supreme Court's decision in Booker, however, it is the government's position that it is not necessary that these factors be alleged in the indictment or proven at trial.

To the extent that Nunez alleges in the course of his motion

1

that Booker ruled that the United States Sentencing Guidelines are unconstitutional, the government disagrees. The Supreme Court ruled that the application of the Guidelines had constitutional implications under the Sixth Amendment *only if* the application was mandatory. Booker, 125 S. Ct. at 746. The Supreme Court, however, excised the statutory provisions that made the Guidelines mandatory, thereby "mak[ing] the Guidelines effectively advisory." Id. at 757. Accordingly, a sentencing court must still "consider Guidelines ranges, see 18 U.S.C.A. §3553(a)(4) (Supp. 2004), but it permits the court to tailor the sentence in light of other statutory concerns as well, see §3553(a) (Supp. 2004)." Id. Despite its disagreement with Nunez on this point, however, the government agrees that the "Notice of Additional Factors" should be struck from the Indictment.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By: /s Denise Jefferson Casper
             DENISE JEFFERSON CASPER
             Assistant U.S. Attorney

Dated: February 14, 2005

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon counsel of record in the captioned matter a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery and by electronic filing.

    This 14th day of February, 2005.

                                              /s Denise Jefferson Casper  
                                              DENISE JEFFERSON CASPER  
                                              ASSISTANT UNITED STATES ATTORNEY