SCANNED
DATE: 2-16-05
BY: ___

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.    Criminal No. 04 10336 NMG 12

JUAN NUNEZ

# DEFENDANT'S MOTION TO COMPEL EARLY DISCLOSURE AND PRODUCTION OF DISCOVERY MATERIALS

The defendant hereby moves this Court to compel production of the specific discovery set forth in the letter to government counsel a copy of which is attached to the accompanying **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL EARLY DISCLOSURE AND PRODUCTION OF DISCOVERY MATERIALS** and marked Ex. "A".

The information called for by each of the specific requests is discoverable under Federal Rule of Criminal Procedure 16 and under the Fourth, Fifth, and Sixth Amendments to the United States Constitution.

It is confirmed by counsel infra that the discovery issues raised by this letter (Ex. "A") could not be worked out by counsel informally before a motions hearing in this case.

WHEREFORE, the defendant respectfully requests this Honorable Court to order the government to produce immediately all materials requested by the defendant as set out in said Ex. "A".

The Court's authority to order such early disclosure is found in the Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 2, and the inherent supervisory power of this Court.

/s/ Roger Witkin
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED: February 14, 2005

## CERTIFICATE OF CONFERENCE

This is to confirm that on February 9, 2005, the undersigned conferred by telephone with AUSA Denise Jefferson Casper concerning the above and foregoing motion. At that time the AUSA informed counsel that no meeting would be productive and that she refused to comply with the defendant's request for early discovery.

/s/ROGER WITKIN
ROGER WITKIN

F33b