✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster___  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER___  Superseding Ind./ Inf. __X_____  Case No. ___04-10336-NMG__
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number ___2004-M-00500-RBC____
Search Warrant Case Number ___2004-M-00502-RBC____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _JULIO CARRION SANTIAGO_____  Juvenile ☐ Yes  ☒ No

Alias Name  _MACHO_____

Address  _264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): _1959_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John Cicilline, Esq._____  **Address:** _387 Atwells Avenue_____
_Providence, RI 02909____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_____

**Interpreter:** ☐ Yes ☒ No  List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**  ☐ **Regular Process**  ☒ **In Custody**

**Location Status:**

**Arrest Date:** __October 15, 2004_____

☒ Already in Federal Custody as _October 15, 2004_____ in _Plymouth House of Correction_____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _3_____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** **APRIL 13, 2005**  **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3 | 26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense: _____     Category No. _I_____     Investigating Agency __DEA_____

City  _Lowell/Fitchburg/Leominster___     Related Case Information:

County  _MIDDLESEX/WORCESTER___

| | |
|---|---|
| Superseding Ind./ Inf.   _X_____ | Case No.   04-10336-NMG |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | _2004-M-00500-RBC_ |
| Search Warrant Case Number | _2004-M-00505-RBC_ |
| R 20/R 40 from District of | |

## Defendant Information:

Defendant Name  _PEDRO ALBERTO MIRANDA_____     Juvenile  ☐ Yes  ☒ No

Alias Name  _TAVO, Carlos Colon_

Address  _212 WILDER ST., LOWELL, MA_

Birth date (Year only):  _1969_  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known:   **John Palmer, Esq.**_____     Address:  **24 School Street**
                                                                              **Boston, MA 02108**
Bar Number: _____

## U.S. Attorney Information:

AUSA  _DENISE JEFFERSON CASPER_____     Bar Number if applicable  568116

Interpreter:  ☒ Yes ☐ No          List language and/or dialect:        **SPANISH**

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

Location Status:

Arrest Date:   _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____  in  **Plymouth House of Correction**_____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on  _____

Charging Document:  ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:  ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony  1___

### Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  **APRIL 13, 2005**          Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (**To be filled in by deputy clerk**): _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I_____    **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.    X_____    Case No.    04-10336NMG
    Same Defendant _____    New Defendant _____
    Magistrate Judge Case Number    2004-M-00500-RBC_____
    Search Warrant Case Number    2004-M-00501-RBC_____
    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name REYNALDO RIVERA_____    Juvenile    ☐ Yes    ☒ No

Alias Name REY_____

Address 235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only): 1978 SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** Carl Donaldson, Esq._____    **Address:** 11 Beacon Street, Suite 600
    Boston, MA 02108
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER_____    **Bar Number if applicable** 568116_____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

    ☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** October 15, 2004_____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by Judge Collings on November 12, 2004

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    REYNALDO RIVERA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster      **Related Case Information:**

**County** MIDDLESEX/WORCESTER   Superseding Ind./ Inf.  X _____   Case No.  04-10336-NMG
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number  2004-M-00500-RBC _____
                                 Search Warrant Case Number  _____
                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO _____      Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address  1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only):  1964   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  Cathy Byrne, Esq. _____   **Address:** 408 Atlantic Avenue, 3rd Floor
                                                                      Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____   **Bar Number if applicable** 568116 _____

**Interpreter:**  ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

        ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:**  October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____ in  Plymouth House Of Correction .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  **Ordered by** _____ **on** _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  APRIL 13, 2005      **Signature of AUSA:** Denise Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. X _____    Case No. 04-10336NMG
                                   Same Defendant _____    New Defendant _____
                                   Magistrate Judge Case Number    2004-M-00500-RBC
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE TORRADO _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  241 MOODY STREET, LOWELL, MA _____

Birth date (Year only): 1980  SSN (last 4 #): ____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** Lenore M. Glaser, Esq.    **Address:** 25 Kingston Street
                                                                   Boston, MA 02111
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** October 15, 2004 _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by Judge Collings on November 12, 2004

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** Denise Jefferson Casper

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE TORRADO** _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| **Set 1**  **21 USC § 846** | **Conspiracy to distribute heroin** | **1** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

≈JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** 1 _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.   X _____    Case No.    04-10336-NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC _____
Search Warrant Case Number    2004-M-00503-RBC _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  CARLOS SANCHEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name   CARLITOS _____

Address   270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA _____

Birth date (Year only):  1982  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**    Tony Scola, Esq. _____    **Address:** 47 Harvard Street
Worcester, MA 02609
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116 _____

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004 _____

☐ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** Judge Collings _____  **on** November 3, 2004 _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** **CARLOS SANCHEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** I _____   **Investigating Agency** DEA _____

**City**  Lowell/.Fitchburg/Leominster ____   **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf.   X _____   Case No.   04-10336-NMG
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number   2004-M-00500-RBC _____
                                    Search Warrant Case Number   _____
                                    R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name  LUIS R. SANCHEZ _____   Juvenile   ☐ Yes   ☒ No

Alias Name   PITO _____

Address   427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):  1974  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**   Sean T. Delaney, Esq. _____   **Address:**  228 Central Street _____
                                                                       Lowell, MA 01852 _____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____   **Bar Number if applicable**  568116 _____

**Interpreter:**   ☒ Yes  ☐ No          List language and/or dialect:      SPANISH _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

    ☐ Warrant Requested        ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  Judge Collings _____  on   October 21, 2004 _____

**Charging Document:**   ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:  APRIL 13, 2005**       **Signature of AUSA:**  _Denise Jefferson Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS R. SANCHEZ _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** _I_____ **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _X_____    Case No. _04-10336-NMG_
      Same Defendant _____ New Defendant _____
      Magistrate Judge Case Number _2004-M-00500-RBC_____
      Search Warrant Case Number _2004-M-00504-RBC_____
      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _EDWIN TORREZ_____ Juvenile ☐ Yes ☒ No

Alias Name _____

Address _219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): _1965_ SSN (last 4 #): ____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** _Victoria Bonilla-Argudo, Esq._ **Address:** _77 Central Street, 2nd Floor_
**Bar Number:** _____    _Boston, MA 02109_

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____ **Bar Number if applicable** _568116_

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** _SPANISH_

**Matter to be SEALED:** ☐ Yes ☒ No

   ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _Judge Collings_ on _October 21, 2004_

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** APRIL 13, 2005    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.  _X_____    Case No.  _04-10336-NMG_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  _2004-M-00500-RBC_____
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  _JOSE RODRIGUEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name  _____

Address  _261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**    _Valerie S. Carter, Esq._____    **Address:** _530 Atlantic Avenue_____
**Bar Number:** _____    _Boston, MA 02108_____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:**    ☒ Yes  ☐ No        List language and/or dialect:    _SPANISH_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**    _October 15, 2004_____

☒ **Already in Federal Custody as** _October 15, 2004_____  **in**  _Plymouth House of Correction_____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____  **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony**   _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:  APRIL 13, 2005**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**   **JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

♋JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** I_____  **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER

Superseding Ind./ Inf.   X_____    Case No.   04-10336-NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC_____
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

**Defendant Name** ZULEIMA REYES_____    Juvenile  ☐ Yes  ☒ No

**Alias Name** LINDA_____

**Address** 10 CONLON TERRACE, LOWELL, MA_____

**Birth date (Year only):** 1979  **SSN (last 4 #):** _____ **Sex** ___ **Race:** _____ **Nationality:** _____

**Defense Counsel if known:** John D. Hodges, Esq._____    **Address:** 1360 Main Street
Tewksbury, MA 01876

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER_____    **Bar Number if applicable** 568116

**Interpreter:**    ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** Judge Collings  **on** November 15, 2004

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** 5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

**Date:** APRIL 13, 2005    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ZULEIMA REYES _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I_____  **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster        **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. __X__    Case No. 04-10336-NMG
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number    2004-M-00500-RBC_____
                                  Search Warrant Case Number    _____
                                  R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  SANTIAGO ARROYO _____    Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address   4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE _____

Birth date (Year only): _1983_  SSN (last 4 #): _____ Sex ___ Race: _____  Nationality: _____

**Defense Counsel if known:**    _____    **Address:** _____

**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____    **Bar Number if applicable** 568116_____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    SPANISH_____

**Matter to be SEALED:**    ☐ Yes  ☒ No

     ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**    _____

☐ Already in Federal Custody as  _____ in  _____.
☐ Already in State Custody  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2_____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  APRIL 13, 2005    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** ___SANTIAGO ARROYO___

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf.  _X_____    Case No.  _04-10336-NMG_
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  _2004-M-00509-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of  _Eastern District of New York_____

**Defendant Information:**

Defendant Name  _JUAN NUNEZ_____    Juvenile  ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:**  _Roger Witkins, Esq._____    Address: _6 Beacon Street, Suite 1010_____
_Boston, MA 02108_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  _DENISE JEFFERSON CASPER_____    Bar Number if applicable  _568116_

**Interpreter:**  ☒ Yes ☐ No    List language and/or dialect:  _SPANISH_____

**Matter to be SEALED:**  ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**  _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____  in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**    **Signature of AUSA:** _Denise Jefferson Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  **(To be filled in by deputy clerk):** _____

**Name of Defendant**    JUAN NUNEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 U.S.C. § 846 | **Conspiracy to Distribute Heroin** | **1** |
| **Set 2** | | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**