UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

*U. S.*
_____

v.

*Julio Carrion Santiago*

CA/CR No. *04-10336-NMG*

Criminal Category *II*

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge *Collings* for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B)    Referred for full pretrial case management, not including dispositive motions:

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

(  ) Motion(s) for injunctive relief
(  ) Motion(s) for judgment on the pleadings
(  ) Motion(s) for summary judgment
(  ) Motion(s) to permit maintenance of a class action
(  ) Motion(s) to suppress evidence
(  ) Motion(s) to dismiss
(  ) Post Conviction Proceedings[1]
See Documents Numbered: _____

(E)    Case referred for events only.  See Doc. No(s). _____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
(  ) In accordance with Rule 53, F.R.Civ.P.
(  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: *pretrial proceedings re:*
*superseding indictment*

*4-13-05*
_____
Date

By: *Catherine M Gawlik*
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

_____

[1]    See reverse side of order for instructions