UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.               CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

## MOTION TO EXCLUDE TIME

The defendant moves to exclude time from the speedy trial calculation from November 1, 2005 through and including March 27, 2006.

                            */s/Roger Witkin*
                            ROGER WITKIN
                            6 Beacon Street, Suite 1010
                            Boston, MA 02108
                            Tel. 617 523 0027
                            Fax 617 523 2024
                            BBO No. 531780

DATED:   November 11, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, **Boston, MA 02210** and a courtesy copy to Craig Nicewicz, Courtroom Clerk for Honorable Nathaniel M. Gorton, 1 Courthouse Way, Suite 2300, Boston, MA 02210 by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  November 11, 2005