UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.               CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION FOR
CONTINUANCE AND EXCLUDABLE DELAY

The defendant's position in regard to the government's motion for continuance is that he does not oppose it, if he can be released from confinement on conditions.

This was brought to the attention of Mr. Bloomer previously.

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  February 1, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, 1 Courthouse Way, Suite 9200, Boston, MA 02210, by mail and electronic filing, which was e-filed this day.

                                                */s/ Roger Witkin*
                                                Roger Witkin
                                                6 Beacon Street, Suite l0l0
                                                Boston, MA 02l08
                                                Tel. 6l7 523 0027
                                                Fax 6l7 523 2024
                                                BBO No. 53l780

DATE:   February 1, 2006