UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**                    **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

ORDER

Both at the hearing on the motions to suppress and at the trial on the merits, cross-examination of a witness by one defense counsel may be adopted by the other, and any evidence adduced on any cross-examination may be taken advantage of by all defendants.  Objections to questions on behalf of one defendant will be considered taken on behalf of all unless counsel for a defendant states that he does not wish the objection to be applicable to his client and desires the admission of the evidence to which the objection applies.

_____
United States District Judge

Dated:_____

\federal\F103

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ


CERTIFICATE OF SERVICE


    I hereby certify that on this day a true copy of the within document was

served upon the attorney of record for the United States, AUSA William Bloomer,

United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA

02210 and to the attached service list by mail and electronic filing, which was e-

filed this day.


                                   /s/ Roger Witkin
                                   Roger Witkin
                                   6 Beacon Street, Suite l0l0
                                   Boston, MA 02l08
                                   Tel. 6l7 523 0027
                                   Fax 6l7 523 2024
                                   BBO No. 53l780

DATE:  August 14, 2006