UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**              **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

**DEFENDANT'S MOTION IN LIMINE - "SOFT EXPERTS"**
_____

The defendant suggests that it is the usual practice of the Government in drug cases such as this to utilize Government Agents to testify as "soft experts" concerning the *modus operandi* of drug traffickers.

The defendant suggests that in the case of *Kumbo Tire Co. v. Carmichael, 526 U.S. 137, 119 S. Ct. 1167 (1999),* the United States Supreme Court ruled that the criteria of *Daubert (Daubert v. Merrell Dow Pharmaceuticals , 509 U.S. 579 [1993])* apply to non-scientific, or, to "soft-expert testimony" as well as scientific evidence.

*Because it is usually impossible to verify empirically the findings the Governments Agents testifying as soft experts and thus in most cases impossible to cross examine effectively because there is a complete dearth of empirical data, the "soft expert" can say whatever he or she wishes.*

See *United States v. Hines*, 55 F. Supp. 2062 (D. Mass. 1999). (Handwriting "experts").

*Further, the defendant moves for pretrial hearing on the* Daubert *issues, wherein the soft expert should be required elucidate his or her methodology and experience, subject to cross examination.*

        /s/Roger Witkin
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  August 14, 2006

UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**             **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE:  August 14, 2006