UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**     **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

MOTION TO PHOTOGRAPH CHALKS

The defendant in the above entitled matter moves this Honorable Court to permit him to photograph any chalks that are caused to be made during the course of the trial, and to admit the photograph made of same for the purpose of identification for any appellate consideration, if necessary hereafter.

See Rule 79.1 (e) of the Local Rules of the United States District Court for the District of Massachusetts.[1]

*/s/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:  August 14, 2006

---

[1] (e) Photographs of Chalks.  In order to make a record of a chalk, the court may permit a party to photograph it or otherwise copy it, on such terms as are just.  Unless otherwise ordered by the court, injury cases chalks may be destroyed by the clerk as soon as the jury verdict has been recorded; in nonjury cases, chalks may be destroyed as soon as the evidence is closed. Effective September 1, 1990.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

> /s/ Roger Witkin
> Roger Witkin
> 6 Beacon Street, Suite 1010
> Boston, MA 02108
> Tel. 617 523 0027
> Fax 617 523 2024
> BBO No. 531780

DATE: August 14, 2006

F94