UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**             **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

WITNESS LIST

Paula Frey Nunez
930  59th Street, Apt. 4
Brooklyn, New York 11219
Tel 718 436 0149
D/B:  2/2/82
SS No. 119 76 4966

                               */s/Roger Witkin*
                               ROGER WITKIN
                               6 Beacon Street, Suite 1010
                               Boston, MA 02108
                               Tel. 617 523 0027
                               Fax 617 523 2024
                               BBO No. 531780

DATED:   August 14, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

                                                                            */s/ Roger Witkin*
                                                                            Roger Witkin
                                                                            6 Beacon Street, Suite l0l0
                                                                            Boston, MA 02l08
                                                                            Tel. 6l7 523 0027
                                                                            Fax 6l7 523 2024
                                                                            BBO No. 53l780

DATE: August 14, 2006