UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**  **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

MOTION OF DEFENDANT
IN LIMINE RE EXPERTS

The defendant moves that the Trial Court instruct the "expert" witness not to answer any questions on direct examination that would be based on informant information he could not disclose on cross examination.

This express procedure has been approved now in several cases in order to avoid the problem created by Fed.R.Evid. 705.  See United States v Angiulo, 847 F.2d 956 (lst Cir.), cert. denied l09 S. Ct. 314 (l988) and United States v Angiulo, et al., 897 F.2d 1169 (lst Cir. l990).

REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion.  Local Rule 7.l (D).

                                                 */s/Roger Witkin*
                                               ROGER WITKIN
                                               6 Beacon Street, Suite 1010
                                               Boston, MA 02108
                                               Tel. 617 523 0027
                                               Fax 617 523 2024
                                               BBO No. 531780

DATED:  August 14, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.   CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

*/s/ Roger Witkin*
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

DATE: August 14, 2006

F96