3 5

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

FILED
...S OFFICE

...6 OCT -5  A 10: 48

**UNITED STATES**

U.S. DISTRICT COURT
DISTRICT OF MASS.

**V.**                              **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

### MOTION OF DEFENDANT TO PRECLUDE THE GOVERNMENT'S ATTORNEY FROM PRESENTING JENCKS ACT MATERIAL TO THE DEFENDANT'S COUNSEL IN FRONT OF THE JURY

The defendant in the above entitled matter moves this Honorable Court for an order to preclude the Government's attorney from presenting Jencks Act material to counsel for the defendant in front of the jury.

The defendant respectfully suggests to this Honorable Court that the Government's attorney should present said material to counsel for the defendant not in the view of the jury so that the jury does not get the idea that the Government is doing something for the defendant as well as prosecuting him. See Gregory v. United States, *369 F.2d 185 (D.C. Cir. 1966);* United States v. Gardin, *382 F.2d 601 (2d Cir. 1967).*

### REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion. Local Rule 7.I (D).

*/s/Roger Witkin*
**ROGER WITKIN**
**6 Beacon Street, Suite 1010**
**Boston, MA 02108**
**Tel. 617 523 0027**
**Fax 617 523 2024**
**BBO No. 531780**

**DATED:   August 14, 2006**

)                                                    )

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

FILED
IS OFFICE

2005 OCT -5  A 10: 48

UNITED STATES

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.                          CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was
served upon the attorney of record for the United States, AUSA William Bloomer,
United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA
02210, and to the attached service list by mail and electronic filing, which was e-
filed this day.

*/s/ Roger Witkin*
**Roger Witkin**
**6 Beacon Street, Suite 1010**
**Boston, MA 02108**
**Tel. 617 523 0027**
**Fax 617 523 2024**
**BBO No. 531780**

DATE:  August 14, 2006

\F101