UNITED STATES **DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**

**V.**               **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

## VERDICT FORM

We, the Jury, find the defendant

Juan Nunez

As to Count 1

Not Guilty\_\_\_\_\_    Guilty\_\_\_\_\_ of conspiracy to distribute heroin.

Date:_____, 2006                _____
                                          Foreperson's signature

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                    CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ


CERTIFICATE OF SERVICE


I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

                                              */s/ Roger Witkin*
                                              Roger Witkin
                                              6 Beacon Street, Suite l0l0
                                              Boston, MA 02l08
                                              Tel. 6l7 523 0027
                                              Fax 6l7 523 2024
                                              BBO No. 53l780

DATE:  August 14, 2006