UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**                                    **CRIMINAL NO. 04 10336 NMG**

**JUAN NUNEZ**

EXHIBIT LIST

1. Business records of the State Athletic Commission of the State of New York concerning a professional boxing event Which occurred on October 14, 2004.

>    /s/Roger Witkin
>    ROGER WITKIN
>    6 Beacon Street, Suite 1010
>    Boston, MA 02108
>    Tel. 617 523 0027
>    Fax 617 523 2024
>    BBO No. 531780

DATED:   September 8, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

/s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATE:    September 8, 2006

UNITED STATES V. JUAN NUNEZ
CRIMINAL NO. 04 10336 NMG
SERVICE LIST

AUSA William Bloomer
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, Rhode Island 02909

John F. Palmer, Esq.
24 School Street, 8th floor
Boston, MA 02108

Carl N. Donaldson, Esq.
11 Beacon Street, Suite 600
Boston, MA 02108

Valerie S. Carter, Esq.
Carter & Doyle
Russia Wharf West
530 Atlantic Avenue, 3rd floor
Boston, MA 02210

Catherine K. Byrne, Esq.
Federal Defender Office
408 Atlantic Avenue, Suite 328
Boston, MA 02110

Lenore Glazer, Esq.
25 Kingston Street, 6th floor
Boston, MA 02111 2022

Anthony J. Scola, Esq.
47 Harvard Street
Worcester, MA 01608

Robert M. Goldstein, Esq.
114 State Street, 2nd floor
Boston, MA 02109

Victoria M. Bonilla-Argudo, Esq.
Bourbeau & Bonilla
77 Central Street, 2nd floor
Boston, MA 02109

John D. Hodges, Jr., Esq.

1360 Main Street
Tewksbury, MA 01876

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110
Tel. 617 367 9334

Stephen V. Scalli, Esq.
537 Broadway
Everett, MA 02149