UNITED STATES **DISTRICT COURT**

DISTRICT OF MASSACHUSETTS


**UNITED STATES**

V.                     CRIMINAL NO. 04 10336 NMG

**JUAN NUNEZ**


FIRST AMENDED WITNESS LIST


1. Paula Frey Nunez
   930 59th Street, Apt. 4
   Brooklyn, New York 11219
   Tel 718 436 0149
   D/B: 2/2/82
   SS No. 119 76 4966

2. Keeper of the Records of the
   State Athletic Commission of the State of New York
   Concerning a professional boxing event which was
   Sanctioned by that office on October 14, 2004.

                                          */s/Roger Witkin*
                                          ROGER WITKIN
                                          6 Beacon Street, Suite 1010
                                          Boston, MA 02108
                                          Tel. 617 523 0027
                                          Fax 617 523 2024
                                          BBO No. 531780

DATED: September 8, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the within document was served upon the attorney of record for the United States, AUSA William Bloomer, United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210 and to the attached service list by mail and electronic filing, which was e-filed this day.

                                                                     */s/ Roger Witkin*
                                                                     Roger Witkin
                                                                     6 Beacon Street, Suite l0l0
                                                                     Boston, MA 02l08
                                                                     Tel. 6l7 523 0027
                                                                     Fax 6l7 523 2024
                                                                     BBO No. 53l780

DATE:        September 8, 2006

UNITED STATES V. JUAN NUNEZ
CRIMINAL NO. 04 10336 NMG
SERVICE LIST

AUSA William Bloomer
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

John F. Cicilline, Esq.
387 Atwells Avenue
Providence, Rhode Island 02909

John F. Palmer, Esq.
24 School Street, 8th floor
Boston, MA 02108

Carl N. Donaldson, Esq.
11 Beacon Street, Suite 600
Boston, MA 02108

Valerie S. Carter, Esq.
Carter & Doyle
Russia Wharf West
530 Atlantic Avenue, 3rd floor
Boston, MA 02210

Catherine K. Byrne, Esq.
Federal Defender Office
408 Atlantic Avenue, Suite 328
Boston, MA 02110

Lenore Glazer, Esq.
25 Kingston Street, 6th floor
Boston, MA 02111 2022

Anthony J. Scola, Esq.
47 Harvard Street
Worcester, MA 01608

Robert M. Goldstein, Esq.
114 State Street, 2nd floor
Boston, MA 02109

Victoria M. Bonilla-Argudo, Esq.
Bourbeau & Bonilla
77 Central Street, 2nd floor
Boston, MA 02109

John D. Hodges, Jr., Esq.

1360 Main Street
Tewksbury, MA 01876

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02110
Tel. 617 367 9334

Stephen V. Scalli, Esq.
537 Broadway
Everett, MA 02149