UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.          CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

### DEFENDANT'S MOTION FOR MISTRIAL

The defendant respectfully moves that this Honorable Court declare a mistrial in the above-referenced matter, for the reasons counsel for the defendant now assigns to this Court.

By his attorney,

ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO # 531780

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT ON THIS A TRUE COPY OF THE ABOVE DOCUMENT UPON THE ATTORNEY OF RECORD PARTY BY HAND/BY MAIL
DATED: 10/17/06
NAME: