CIVIL/CRIMINAL CASE NO: 04cr 10336

TITLE: USA                                    VS. Santiago, et al.

## JURY PANEL

01. Lynn Graham      FP
02. Nancy Cole
03. Patricia Luz
04. Renee Phillips      (A1)
05. Dale Ryan      (A2)
06. Candy Lyman
ALT. #1
ALT. #3

07. John Camon
08. Linda Bernard
09. Marco Escalante
10. JOHN SULLIVAN
11. patricia Desmarais
12. Silvia Thenson
ALT #2 13. Joseph Ahern
ALT #4 14. Jean Fowler

## WITNESSES

### PLAINTIFF/GOVT.

01. Joseph Jakuttis, Dracut PD
02. Terry Lynson, MSP Lt.
03. Felix Figueroa, LPD
04. William Semreas, LPD
05. Michael Chavez, USPS, Insp.
06. Kevin Frye, DEA SIA
07. Glenn Coletti, DEA SA
08. Michael O'Shaughnessy, DEA SA
09. Todd Prough, DEA SA
10. John Jakuboski, MSP
11. James Foy, LPD
12. Gregory Willoughby, DEA
13. Lawrence Giobidani, ECSD
14. James Tandel SSt LPD
15. David Joly (jury&wit.ls 09/92)
16 David Napolitano, MSP
17 Dennis Berton, DEA SA
18 Bryan O'Hara, MSP ret.
19 David Crouse, MSP
20 John Coney, NYPD

21. Norm Cordova, SA DEA
22. Felix Cuebas, NYPD
23. Jaime Cepero, MSP

### DEFENDANT

01.
02.
03.
04.
05.
06.
07.
08.
09.
10.
11.
12.
13.
14.