UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.    CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

### MOTION OF DEFENDANT FOR JUDGMENT OF ACQUITTAL NOTWITHSTANDING THE VERDICT AND IN THE ALTERNATIVE FOR A NEW TRIAL

The defendant in the above entitled matter moves this Court to set aside the verdict of guilty returned in the above entitled action on 10/27, 2006, and to enter a judgment in accordance with the Motion for Judgment of Acquittal previously made by the defendant.

In the alternative, defendant moves this Court to set aside the verdict and grant him a new trial.

### REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion. Local Rule 7.1 (D).

ROGER WITKIN
Counsel for the Defendant
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. (617) 523-0027
Fax (617) 523-2024
BBO No. 531780

Dated: 10/27, 2006
\f109

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/BY HAND/BY FAX.
DATED: 10/27/06
NAME: