# EXHIBIT "A"

United States District Court
District of Massachusetts

```
_____
                         )
UNITED STATES OF AMERICA )
                         )
                         )
       v.                )   Criminal Action No.
                         )   04-10336-NMG
                         )
JULIO SANTIAGO, CARLOS COLON, )
CARLOS SANCHEZ, JOSE RODRIGUEZ )
AND JUAN NUNEZ,          )
                         )
       Defendants.       )
_____
```

### Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count One), Defendant **Julio Santiago**

   \_\_\_\_ Not Guilty     ✓ Guilty

2. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count One), Defendant **Carlos Colon**

   \_\_\_\_ Not Guilty     ✓ Guilty

3. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Carlos Sanchez**

   \_\_\_\_ Not Guilty   ✓ Guilty

4. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Jose Rodriguez**

   \_\_\_\_ Not Guilty   ✓ Guilty

5. On the charge of <u>Conspiracy to Distribute, and to Possess with the Intent to Distribute, Heroin</u> (Count <u>One</u>), Defendant **Juan Nunez**

   \_\_\_\_ Not Guilty   ✓ Guilty

**If you have answered ALL of the above questions (Questions 1-5) "Not Guilty", proceed to Question 8. Otherwise, answer Question 6.**

6. The conspiracy, of which you have found one or more of the defendants guilty, involved:

   ✓ One or more kilograms of heroin     \_\_\_\_ Less than one kilogram of heroin

**If you have answered Question 1 "Guilty", proceed to Question 7. If you have answered Question 1 "Not Guilty", proceed to Question 8.**

-2-

7.  On the charge of <u>Possession of Firearms in Furtherance of a Drug Trafficking Crime</u> (Count <u>Seven</u>), Defendant **Julio Santiago**

    \_\_\_\_ Not Guilty      ✓ Guilty

8.  On the charge of <u>Possession of Unregistered Firearms</u> (Count Eight), Defendant **Julio Santiago**

    \_\_\_\_ Not Guilty      ✓ Guilty

YOUR DELIBERATIONS ARE COMPLETE. THE FOREWOMAN WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 10/27/06      Jury Forewoman: *Lynn Graham*

-3-

## Other Documents
1:04-cr-10336-NMG USA v. Santiago et al

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Witkin, Roger entered on 3/7/2007 at 12:15 PM EST and filed on 3/7/2007

**Case Name:**     USA v. Santiago et al
**Case Number:**   1:04-cr-10336
**Filer:**         Dft No. 12 - Juan Nunez
**Document Number:** 352

**Docket Text:**
SENTENCING MEMORANDUM by Juan Nunez (Witkin, Roger)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=3/7/2007] [FileNumber=1793000-0]
[cc3d9dbe56b522ba1c23fe42c6df10066e1c2d69ebfb518273d51c6585bccb6cd04f
d298b71cde54d8c7636650baf104799e2a0e0e5fd3a2108e228d94b5249d]]

**1:04-cr-10336-12 Notice will be electronically mailed to:**

William F. Bloomer     william.bloomer@usdoj.gov, usama.ecf@usdoj.gov; nancy.luciano@usdoj.gov

Victoria M. Bonilla-Argudo    vicky@lawgenie.com

John F. Cicilline    jfcicilline387@aol.com

Lenore Glaser    lglaser@glaser-law.com

Robert M. Goldstein    rmg@goldstein-lawfirm.com, awbrodeur@aol.com

Eugene P. McCann    eugenep@aol.com

John F. Palmer    jpalmer@socialaw.com

Anthony J. Scola    ajs33@verizon.net

Robert L. Sheketoff    sheketoffr@aol.com

Elliot M. Weinstein    elliot@eweinsteinlaw.com

Roger Witkin    roger@rogerwitkin.com

**1:04-cr-10336-12 Notice will not be electronically mailed to:**

John D. Hodges , Jr
1830 Main Street
Tewksbury, MA 01876