UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.  CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

### NOTICE OF APPEAL

Notice is hereby given that the defendant in the above named cause hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of the Court entered on March 27, 2007.

/s/Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780

Dated:  March 27, 2007

F123