# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.                                   CRIMINAL. NO. 04-10336-NMG-12

JUAN NUNEZ,
    Defendant.

## REPORT AND RECOMMENDATION ON PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (#500)

COLLINGS, U.S.M.J.

### I. Introduction

The *pro se* petitioner Juan Nunez ("petitioner" or "Nunez") seeks to vacate his conviction pursuant to 28 U.S.C. § 2255. Nunez was convicted after a ten-day jury trial of heroin-related offenses and was sentenced to 151 months in prison. His conviction was affirmed on appeal. *See United States v. Santiago*,

*After consideration of petitioner's affidavit and objections thereto (Docket No. 582), Report and Recommendation is accepted and adopted.* ~~and approved.~~  NMGorton, USDJ 11/9/12